69 A.3d 217

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, et. al., Respondent,**

v.

**Isaiah GIVENS, Petitioner.**

**No. 50 EM 2013.**

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

---

69 A.3d 217

**Patrick Neil FIELDS, Petitioner**

v.

**Ellen CEISLER, Respondent.**

**No. 53 EM 2013.**

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**